FILED

MAR 11 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADR

Tetsuya, Nomura Joe
Plaintiff,

vs.

YouTube, LLC
Defendant.

CASE NO. C11-01208 JCS

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Tetsuya, Nomura Joe, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ____ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and

APP. TO PROC. IN FORMA
PAUPERIS, Case No. _____                          - 1 -

1 | wages per month which you received.
2 | _March 1993-1994 Monthly Salary equal_
3 | _$ 7,800 per month_
4 |
5 | 2. Have you received, within the past twelve (12) months, any money from any of the following
6 | sources:
7 |     a. Business, Profession or          Yes ___ No _X_
8 |         self employment
9 |     b. Income from stocks, bonds,        Yes ___ No _X_
10 |         or royalties?
11 |     c. Rent payments?                     Yes ___ No _X_
12 |     d. Pensions, annuities, or              Yes ___ No _X_
13 |         life insurance payments?
14 |     e. Federal or State welfare payments,    Yes _X_ No ___
15 |         Social Security or other govern-
16 |         ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | _Social Security Income = $ 819.00 per month_
20 |
21 | 3. Are you married?                             Yes ___ No _X_
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4.     a. List amount you contribute to your spouse's support:$ _____
27 |     b. List the persons other than your spouse who are dependent upon you for support and
28 |         indicate how much you contribute toward their support. (NOTE: For minor children,

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 2 -

list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?     Yes ___ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?     Yes ___ No ___

Make __Ford__ Year __1991__ Model __Econoline__

Is it financed? Yes ____ No _X_ If so, Total due: $_____

Monthly Payment: $ __None__

7. Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: __Bank of America__
__2485 San Bruno Ave San Francisco, CA 94134__

Present balance(s): $_____

Do you own any cash? Yes ___ No _X_ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_

_____

8. What are your monthly expenses?

Rent: $ __370.00__     Utilities: __Included__

Food: $ __Varies__     Clothing: __Varies__

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)
__No__

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 3 -

1
2   10.   Does the complaint which you are seeking to file raise claims that have been presented in other
3   lawsuits? Yes \_\_\_ No  X
4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
5   they were filed.

6 _____
7 _____

8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a false
9   statement herein may result in the dismissal of my claims.

10
11   *March 1/12 '11*
12       DATE                           SIGNATURE OF APPLICANT

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 4 -