✎ AO 120 (Rev. 2/99)

| TO:      Mail Stop 8<br>         Director of the U.S. Patent & Trademark Office<br>         P.O. Box 1450<br>         Alexandria, VA 22313-1450 | REPORT ON THE<br>**FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK** |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court ___Northern District California___ on the            ✔ Patents or      ☐ Trademarks:

| DOCKET NO.<br>CV 11-01208 JCS | DATE FILED<br>3/11/2011 | U.S. DISTRICT COURT<br>450 Golden Gate Avenue, 16th Floor, San Francisco CA 94102 | |
|---|---|---|---|
| PLAINTIFF<br>  NOMURA JOE TETSUYA | | DEFENDANT<br>  YOU TUBE, LLC. | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | ***SEE ATTACH COMPLAINT*** | |
| 2 | | | |
| 3 | | . | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>        Richard W. Wieking | (BY) DEPUTY CLERK<br>        Gina Agustine-Rivas | DATE<br>        March 14, 2011 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Commissioner     Copy 3—Upon termination of action, mail this copy to Commissioner**
**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner     Copy 4—Case file copy**