Tetsuya Nomura
827 Pacific Ave #22
San Francisco, CA 94133
(415) 568-5823

**Plaintiff**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
~~OAKLAND DIVISION~~ SaN Francisco Division

| | |
|---|---|
| Tetsuya, Joe Nomura ) | |
| ) | |
| Plaintiff ) | Case No. C11-01208 JCS |
| ) | DEMAND FOR JURY TRIAL |
| vs. ) | |
| ) | |
| You-Tube, LLC ) | |
| ) | |
| **Defendants** ) | |

FILED 2011 MAR 24 P 2:31 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

The above address of the Plaintiff has changed to:

3288 Pierce St. STE C 129

Richmond, CA 94804

X _____

Tetsuya, Nomura Joe

March 23, 2011