OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS

# FILED

APR 18 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



02 1M
0004285235
MAILED FROM ZIPCODE 94102
APR 08 2011
$ 00.44⁰
PITNEY BOWES

NIXIE          941   DE 1          00   04/14/11
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 94102345999          *0440-08390-09-42



Tetsuya Nomura
827 Pacific Ave #22
San Francisco, CA 94133
(415) 568-5823

**Plaintiff**

**RECEIVED**

APR 18 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL FILED

2011 MAR 24 P 2:31

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
~~OAKLAND DIVISION~~ San Francisco Division

| | |
|---|---|
| Tetsuya, Joe Nomura ) | |
| ) | |
| Plaintiff ) | Case No. C111-01208 JCS |
| ) | DEMAND FOR JURY TRIAL |
| vs. ) | |
| ) | |
| You Tube, LLC ) | |
| ) | |
| **Defendants** ) | |

The above address of the Plaintiff has changed to:

3288 Pierce St. STE C 129

Richmond, CA 94804

X _____

Tetsuya, Nomura Joe

March 23, 2011