April 22, 2011

Joe Nomura Tetsuya
827 Pacific Avenue, #22
San Francisco, CA 94133

Subject: **C11-1208 JCS Joe Nomura Tetsuya -v- You Tube, LLC**

    An order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

    To insure that proper service is made, the address(es) of the defendant(s) must be submitted to this office. The bottom portion of this letter is to be used for the information. Please print that current address for each listed defendant.

    A self-addressed postage paid envelope is enclosed for your convenience in returning this information. A prompt response with the requested information will be appreciated.

    Sincerely,

    RICHARD W. WIEKING, Clerk

    *Gina Agustine*

    by:  Gina Agustine-Rivas
    Case Systems Administrator

    You Tube, LLC
(1)  Name _____     Address _____
    _____
    _____

(1)  Name _____     Address _____
    _____
    _____

NDC CSA-17 REV. 3/89