

Joe Nomura Tetsuya
827 Pacific Avenue, #22
San Francisco, CA 94133

CV11-01208 JCS