Name and Address
Joe NOMURA, Tetsuya
3288 PIERCE Street,
Ste C/29 Richmond, CA
94804

FILED

MAY 1 6 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOMURA, Joe Tetsuya
Plaintiff / Petitioner

vs.

YouTube, LLC
Defendant / Respondent

Case No. C11-01208 (JCS)

Document Name:

CHANGE of Address

Please change address

From: 827 Pacific Av. #22
San Francisco, CA 94133

To: 3288 PIERCE Street,
Ste C129
Richmond, CA 94804

By. Joe T. Nomura May 16, 2011