May 23rd, 2011

To: Clerk, U.S. District Court,
    450 Golden Gate Ave,
    16th Floor, San Francisco, CA 94102

    Attn: Gina Agustine-Rivas
         Case Systems Admistrator.



Subject: **C11-1208 JCS Joe Nomura Tetsuya-v-YouTube, LLC**

Upon to insure that proper service is made, the following addresses(s) of the defendant(s) is the contact from the Internet. Please submit to their office. The bottom portion of this letter is to be used for the contact information.
One of the Google persons left a phone message regarding the above case,
The number (650)253-6503 was left in the Plaintiffs phone message box.
YouTube should be reply in writing. We could not find his name and address.
Please use the above number for YouTube.

Please, change the new address from old address which is written in above subject.
    New address:
        3288 Pierce Street Suite C129, Richmond, CA 94804

    From old address was written 827 Pacific Avenue #22
                                San Francisco, CA 94133

Thank you very much for your prompt cooperation.


Regarding addresses of YouTube:
    (1) YouTube, LLC.        (2) YouTube, LLC.
        1600 Amphitheatre Pkwy    901 Cherry AVE.
        Mountain View, CA 94043    San Bruno, CA 94066
        (650) 253-0000
        Name: CEO, Larry Page


From: Plaintiff
      Joe Nomura Tetsuya
      322 Pierce St. Ste., C 129
      Richmond, CA 94804