VICTOR HSUE (SBN 247412)
vhsue@google.com
Telephone: (650) 253-6503
Facsimile:  (650) 887-2344

Attorney for Defendant
YouTube LLC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Joe Nomura Tetsuya.<br><br>    Plaintiff,<br><br>    v.<br><br>YouTube LLC.<br><br>    Defendant. | Case No. 3:11-cv-01208-JCS<br><br>Honorable Judge Joseph C. Spero<br><br>**CERTIFICATE OF SERVICE** |

1   I am employed in the county of Santa Clara, State of California. I am over the age of 18 and my business address is Google Inc., 1600 Amphitheatre Parkway, Mountain View, California 94043.

On June 3, 2011, I served the foregoing document(s):

ADR CERTIFICATION BY PARTIES AND COUNSEL
NOTICE OF NEED FOR ADR PHONE CONFERENCE

on all interested parties in this action addressed and sent as follows:

Nomura Joe Tetsuya
3288 Pierce Street
Suite #C-129
Richmond, CA 94804

[XX] BY MAIL (By Following Office Business Practice): I am readily familiar with this Company's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I placed such envelope(s) for collection and mailing on that date following ordinary business practice.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 3, 2011, at Mountain View, California.

DATED: June 3, 2011

By: _____
VICTOR HSUE

Certificate of Service – Case No. 3:11-cv-01208-JCS