1  VICTOR HSUE (SBN 247412)
   vhsue@google.com
2  Telephone: (650) 253-6503
   Facsimile: (650) 887-2344
3

4  Attorney for Defendant
5  YouTube LLC.

6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO DIVISION**

11

12 | Joe Nomura Tetsuya. | Case No. 3:11-cv-01208-JCS

13 |         Plaintiff, | Honorable Judge Joseph C. Spero

14 |         v. | **LETTER TO THE COURT**

15 | YouTube LLC.

16 |         Defendant.

YouTube LLC respectfully acknowledges that the Court filed an ADR Scheduling Order dated March 11, 2011, that sets forth deadlines related to ADR. YouTube LLC, however, has not been served with the Complaint and by filing an ADR Certification and Notice of Need for ADR Phone Conference, does not waive service by the Court or Plaintiff.  Such filings are also not a formal pleading by YouTube LLC under the Federal Rules of Civil Procedure.  YouTube LLC reserves the right to accept service pursuant to the Federal Rules of Civil Procedure.

DATED:  June 23, 2011

                                           Respectfully,  /s _____
                                                                           VICTOR HSUE