1  VICTOR HSUE (SBN 247412)
   vhsue@google.com
2  1600 Amphitheatre Parkway
   Mountain View, CA 94043
3  Telephone: (650) 253-6503
   Facsimile:  (650) 887-2344
4

5
   Attorney for Defendant
6  YouTube LLC.

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| Joe Nomura Tetsuya. | Case No. 3:11-cv-01208-JCS |
| Plaintiff, | Honorable Judge Joseph C. Spero |
| v. | [PROPOSED] ORDER GRANTING DEFENDANT YOUTUBE LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT |
| YouTube LLC. | |
| Defendant. | |

The Court having considered Defendant YouTube LLC's ("YouTube") Motion to Dismiss Plaintiff's Complaint For Failure To State A Claim Upon Which Relief Can Be Granted Pursuant To Fed. R. Civ. P. 12(B)(6) Or, In The Alternative, To Strike Pursuant To Fed. R. Civ. P. 12(F), and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's claim for patent infringement is dismissed, with prejudice; and

2. Plaintiff's prayer for pre-issuance damages pursuant to 35 U.S.C. § 154(d) is dismissed with prejudice/stricken.

IT IS SO ORDERED.

Dated: _____, 2011

                                                Magistrate Judge Joseph C. Spero
                                                United States District Court