1   VICTOR HSUE (SBN 247412)
    vhsue@google.com
2   1600 Amphitheatre Parkway
    Mountain View, CA 94043
3   Telephone: (650) 253-6503
    Facsimile:  (650) 887-2344
4

5
    Attorney for Defendant
6   YouTube LLC.

7

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11

12  Joe Nomura Tetsuya.                  | Case No. 3:11-cv-01208-JCS

13             Plaintiff,                | Honorable Judge Joseph C. Spero

14       v.                             | DEFENDANT YOUTUBE LLC'S
                                         | RULE 7.1 CORPORATE DISCLOSURE
15  YouTube LLC.                        | STATEMENT

16             Defendant.

17

18
          **DEFENDANT YOUTUBE, LLC'S CORPORATE DISCLOSURE STATEMENT**
19                       **PURSUANT TO RULE 7.1**

20

21  Defendant, YouTube, LLC, having its principal place of business at 901 Cherry Avenue, San

22  Bruno, California 94066, by and through its attorneys, and pursuant to Fed. R. Civ. P. 7.1,

23  hereby states that: YouTube, LLC is a wholly-owned subsidiary of Google Inc. Google Inc. is

24  publicly traded on the NASDAQ National Market. No publicly traded company owns 10% or

25  more of the stock of Google Inc.

26

27

28

1

2

3

4

Dated: July 29, 2011                                    /s Victor Hsue

5                                                        VICTOR HSUE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28