1  VICTOR HSUE (SBN 247412)
   vhsue@google.com
2  1600 Amphitheatre Parkway
   Mountain View, CA 94043
3  Telephone: (650) 253-6503
   Facsimile:  (650) 887-2344
4

5
   Attorney for Defendant
6  YouTube LLC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 Joe Nomura Tetsuya.                    Case No. 3:11-cv-01208-JCS

13         Plaintiff,                     Honorable Judge Joseph C. Spero

14     v.                                 **CERTIFICATE OF SERVICE**

15 YouTube LLC.

16         Defendant.

17
18
19
20
21
22
23
24
25
26
27
28

1  I am employed in the county of Santa Clara, State of California. I am over the age of 18 and my business address is Google Inc., 1600 Amphitheatre Parkway, Mountain View, California 94043.

On July 29, 2011, I served the foregoing document(s):

DEFENDANT YOUTUBE LLC'S NOTICE AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED. R. CIV. P. 12(B)(6) OR, IN THE ALTERNATIVE, TO STRIKE PURSUANT TO FED. R. CIV. P. 12(F)

DECLARATION OF VICTOR HSUE IN SUPPORT OF DEFENDANT YOUTUBE LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED. R. CIV. P. 12(B)(6) OR, IN THE ALTERNATIVE, TO STRIKE PURSUANT TO FED. R. CIV. P. 12(F)

[PROPOSED] ORDER GRANTING DEFENDANT YOUTUBE LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

DEFENDANT YOUTUBE LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

on all interested parties in this action addressed and sent as follows:

Nomura Joe Tetsuya
3288 Pierce Street
Suite #C-129
Richmond, CA 94804

[XX] BY FEDERAL EXPRESS: I deposited such envelope in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as above, with delivery fees paid or provided for, to be transmitted by Federal Express.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on July 29, 2011, at Mountain View, California.

DATED:  July 29, 2011                    By:  /S Victor Hsue
                                               VICTOR HSUE