UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMURA JOE TETSUYA,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>YOU TUBE, LLC.,<br><br>　　　　Defendant(s). | No. C 11-01208 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

　　The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/4/11

Signature: Victor Asve

Counsel for YouTube LLC
(Name or party or indicate "pro se")

3