ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

Writer's Direct Contact:
(415) 522-2032
sheila_devereaux@cand.uscourts.gov

August 23, 2011

Joe Nomura Tetsuya
3288 Pierce Street
Suite C129
Richmond, CA 94804
(415) 568-5823

Victor Yee Kay Hsue
Google
1600 Amphitheatre Parkway
Mountain View, CA 94043
650-253-6503

Re:    **C 11-1208 SI Tetsuya v. You Tube, LLC**

Dear Parties:

A further ADR Phone Conference call has been scheduled for **Monday, October 17, 2011 at 11:30 a.m. Pacific time.** Please take note that at the appointed time, all parties shall call the following number and use the access code to join the call:

**Dial-In Number:**   1-218-339-2500
**Access Code:**      1057593

Please contact me immediately with any scheduling concerns at (415) 522-2032, or email sheila_devereaux@cand.uscourts.gov. Thank you for your attention to this matter.

Best regards,

/s/
Sheila Devereaux
ADR Program Administrative Assistant