1  VICTOR HSUE (SBN 247412)
   vhsue@google.com
2  1600 Amphitheatre Parkway
   Mountain View, CA 94043
3  Telephone: (650) 253-0000
   Facsimile:  (650) 618-1806
4

5
   Attorney for Defendant
6  YouTube LLC.

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                **SAN FRANCISCO DIVISION**

11

12 Joe Nomura Tetsuya.                | Case No. 3:11-cv-01208-SI

13         Plaintiff,                 | LETTER REGARDING AMENDED
                                      | OPPOSITION
14     v.

15 YouTube LLC.

16         Defendant.

Plaintiff improperly filed an amended Opposition (Dkt. 38.) on October 20, 2011, one day before YouTube's deadline to reply.  YouTube therefore reserves the right to supplement or file an amended Reply.

Dated: October 21, 2011                                    By: /s/ Victor Y. Hsue
                                                               Victor Y. Hsue
                                                               Attorney for Defendant
                                                               YouTube LLC.

LETTER REGARDING AMENDED OPPOSITION