VICTOR HSUE (SBN 247412)
vhsue@google.com
1600 Amphitheatre Parkway
Mountain View, CA 94043
Telephone: (650) 253-0000
Facsimile:  (650) 618-1806

Attorney for Defendant
YouTube LLC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Joe Nomura Tetsuya. | Case No. 3:11-cv-01208-SI |
| Plaintiff, | Honorable Judge Susan Illston |
| v. | **CERTIFICATE OF SERVICE** |
| YouTube LLC. | |
| Defendant. | |

1

      I am employed in the county of Santa Clara, State of California. I am over

2

the age of 18 and my business address is Google Inc., 1600 Amphitheatre
Parkway, Mountain View, California 94043.

3

On October 21, 2011, I served the foregoing document(s):

4

5

DEFENDANT YOUTUBE LLC'S REPLY IN SUPPORT OF ITS MOTION

6

DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM
UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED. R. CIV. P.

7

12(B)(6) OR, IN THE ALTERNATIVE, TO STRIKE PURSUANT TO FED. R.

8

CIV. P. 12(F)

9

LETTER REGARDING AMENDED OPPOSITION

10

11

on all interested parties in this action addressed and sent as follows:

12

Nomura Joe Tetsuya
3288 Pierce Street

13

Suite #C-129
Richmond, CA 94804

14

15

[XX] BY FEDERAL EXPRESS: I deposited such envelope in a box or other

16

facility regularly maintained by Federal Express, an express service carrier, or
delivered to a courier or driver authorized by said express service carrier to receive

17

documents in an envelope designated by the said express service carrier, addressed
as above, with delivery fees paid or provided for, to be transmitted by Federal

18

Express.

19

I declare under penalty of perjury under the laws of the State of California that the

20

above is true and correct.  Executed on October 21, 2011, at Mountain View,
California.

21

22

23

24

DATED:  October 21, 2011            By:  /S Victor Hsue_

25

                                         VICTOR HSUE

26

27

28