```
 1 | Tetsuya Joe Nomura
   | 3288 Pierce Street, Suite C129
 2 | Richmond, CA 94804-5952
   | Tel: (510) 200-4381
 3 | VoD.JN@gmx.us
 4 | Plaintiff, Pro Se
```

*Submitting counsel are directed to serve this order upon all other non-efiling parties in this action.*

**FILED**
2011 NOV 21 P 3: 57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Tetsuya Joe Nomura, | Case No.: **3:11-CV-01208-SI** |
| Plaintiff, | **PLAINTIFF'S MOTION TO ENLARGE TIME AND DECLARATION IN SUPPORT THEREOF** |
| vs. | ORDER:<br>AMENDED COMPLAINT DUE 1/10/12<br>CASE MANAGEMENT CONTINUED TO 1/27/12 AT 2:30 P.M. |
| YouTube LLC., | |
| Defendant. | |

IT IS SO ORDERED
Judge: 
Courtroom:
Judge Susan Illston

-Cover Page-

PLAINTIFF'S MOTION TO ENLARGE TIME AND DECLARATION IN SUPPORT THEREOF

Case No. 3:11-CV-01208 SI

## PLAINTIFF'S MOTION TO ENLARGE TIME

**COMES NOW**, Plaintiff Pro Se, Tetsuya Joe Nomura, who, under Local Rule 6-3, respectfully requests the Court enlarge the currently scheduled dates for:

1) Plaintiff's Amended Complaint; and,

2) CMC hearing.

Plaintiff files this request due to the upcoming holidays, and -more importantly- for the specific purposes of continuing additional settlement negotiations with Defendant YouTube.

Plaintiff has conferred with counsel from YouTube and YouTube has indicated they do not oppose this motion.

We are open to new dates of the Court's choosing for: 1) filing the Amended Complaint and 2) holding the CMC hearing, respectively.

In consideration of granting this time enlargement, and to avoid any currently known scheduling conflicts, we ask the Court please consider excluding any new dates within the time period of Dec. 26, 2011 through Jan. 10, 2012.

Respectfully submitted,

Dated this 21st day of November, 2011

By: _____

Tetsuya Joe Nomura,
Pro Se Plaintiff

Page -1 of 1-

PLAINTIFF'S MOTION TO ENLARGE TIME AND DECLARATION IN SUPPORT THEREOF

Case No. 3:11-CV-01208 SI

### DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO ENLARGE TIME

In support of this request, I declare as follows:

1) I am the Plaintiff in the above-titled matter.

2) I am not an attorney and am representing myself, *pro se*.

3) I am requesting this time enlargement because additional time is needed to explore settlement negotiations with Defendant YouTube.

4) I have conferred with counsel from YouTube. YouTube does not oppose this motion.

5) I have not requested any previous time changes in this case.

6) The foreseeable effect(s) this requested time enlargement would have on the schedule for this case: the currently scheduled dates would be enlarged by whatever time period the Court determines would be appropriate, up to a maximum of 90 days.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated this 21st day of November, 2011

By: _____
Tetsuya Joe Nomura,
Pro Se Plaintiff