Bryan J. Sinclair (SBN 205885)
bryan.sinclair@klgates.com
K&L GATES LLP
630 Hansen Way
Palo Alto, CA  94304
Telephone:  (650) 798-6700
Facsimile:   (650) 798-6701

Sara N. Kerrane (SBN 259239)
sara.kerrane@klgates.com
K&L GATES LLP
1900 Main Street, Suite 600
Irvine, CA 92614-7319
Telephone: (949) 253-0900
Facsimile:  (949) 253-0902

Attorneys for Defendant
YOUTUBE, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TETSUYA JOE NOMURA,<br><br>          Plaintiff,<br><br>     vs.<br><br>YOUTUBE, LLC,<br><br>          Defendant. | Case No. CV 11-01208 SI<br><br>**DEFENDANT YOUTUBE, LLC'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| AND RELATED COUNTERCLAIMS | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C § 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  This Consent expressly revokes Defendant's Declination to Proceed Before a U.S. Magistrate Judge filed on August 4, 2011 (Dkt. 29).  Any appeal from the judgment shall be taken directly to the United States Court of Appeals for the Federal Circuit.

K&L GATES LLP

Dated:  January 31, 2012         By:   /s/ Bryan J. Sinclair
                                       Bryan J. Sinclair
                                       Sara N. Kerrane

                                       Attorneys for Defendant
                                       YOUTUBE, LLC

PL-62241 v1