Bryan J. Sinclair (SBN 205885)
bryan.sinclair@klgates.com
K&L GATES LLP
630 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 798-6700
Facsimile: (650) 798-6701

Sara N. Kerrane (SBN 259239)
sara.kerrane@klgates.com
K&L GATES LLP
1900 Main Street, Suite 600
Irvine, CA 92614-7319
Telephone: (949) 253-0900
Facsimile: (949) 253-0902

Attorneys for Defendant
YOUTUBE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TETSUYA JOE NOMURA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>YOUTUBE, LLC,<br><br>　　　　　　Defendant. | Case No. CV 11-01208 SI<br><br>**CERTIFICATE OF SERVICE** |
| AND RELATED COUNTERCLAIM | |

I am employed in the county of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is K&L Gates LLP, 630 Hansen Way, Palo Alto, California 94304.

On January 31, 2012, I served the foregoing document(s):

**DEFENDANT YOUTUBE, LLC'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

**DEFENDANT YOUTUBE, LLC'S NOTICE OF MOTION AND MOTION FOR INTRADISTRICT VENUE TRANSFER**

**DECLARATION OF BRYAN J. SINCLAIR IN SUPPORT OF DEFENDANT YOUTUBE, LLC'S MOTION FOR INTRADISTRICT VENUE TRANSFER**

**[PROPOSED] ORDER GRANTING DEFENDANT YOUTUBE, LLC'S MOTION FOR INTRADISTRICT VENUE TRANSFER**

**DEFENDANT YOUTUBE, LLC'S CASE MANAGEMENT STATEMENT**

on all interested parties in this action addressed and sent as follows:

> Joe Tetsuya Nomura
> 3288 Pierce Street
> Suite #C-129
> Richmond, CA 94804

[XX] MAIL (By Following Office Business Practice): I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I placed such envelope(s) for collection and mailing on that date following ordinary business practice.

[ ] BY FEDERAL EXPRESS: I deposited such envelope in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as above, with delivery fees paid or provided for, to be transmitted by Federal Express.

[XX] BY ELECTRONIC MAIL: I am personally and readily familiar with the business practice of the firm for the preparation and processing of documents in portable document format (PDF) for e-mailing. I prepared said document(s) in PDF and then caused such documents to be served by electronic mail to the above addressees.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 31, 2012, at Palo Alto, California.

_/s/ Adrienne G. Wilson_
Adrienne G. Wilson

PL-62230 v1